COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *The Pinkerton Law Firm, PLLC v. University Cancer Center, Inc.*

Appellate case number:   01-19-00089-CV

Trial court case number:  2018-58725

Trial court:             334th District Court of Harris County

We **deny** the appellant's motion for rehearing.

Justice's signature:  /s/ Gordon Goodman
                          Acting for the Court

Panel consists of: Justices Lloyd, Goodman, and Landau.


Date:  February 20, 2020